# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF COLUMBIA*

**JOSEPH LOWERY**

        Plaintiff(s)

vs.

**WARDEN, D.C. DEPARTMENT OF CORRECTIONS, et al.**

        Defendant(s)

Civil Case No: **05-1373(ESH)**

## NOTICE REGARDING DOCUMENT

Pursuant to the procedures for filing documents electronically. This Notice serves as notification of the complaint has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

                              **NANCY MAYER-WHITTINGTON**

                              Clerk

**Date:** July 11, 2005