UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH LOWERY BEY** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-1373 (ESH) |
| | ) |
| **UNITED STATES PAROLE** | ) |
| **COMMISSION**, *et al.* | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

The United States Parole Commission, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby informs the Court that Assistant United States Attorney Geoffrey Carter will serve as counsel of record on behalf of the United States Parole Commission in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Section

/s/
GEOFFREY CARTER (D.C. Bar No. 460-971)
Assistant United States Attorney
555 Fourth Street, N.W., Room 10-443
Washington, D.C. 20530
(202) 305-1845

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 23rd day of August, 2005, a copy of the foregoing pleading was served via U.S. mail on Petitioner Joseph Lowery Bey, *pro se*, postage prepaid, at the following address:

Joseph Lowery Bey
1901 D St., SE
Washington, DC 20003

                                              /s/ Geoffrey Carter
                                      ASSISTANT UNITED STATES ATTORNEY