# Exhibit A

No. .9.2.9.-.7.0....... Criminal Indictment

*vs.*

#2 JOSEPH ........ ERY

in ...................... counts

For ...........................................................

## REVOCATION OF PROBATION—COMMITMENT

On this .1.2.t.h.... day of ......A.p.r.i.l................., 19.7.6., came the United States Attorney, and the defendant .................J.O.S.E.P.H. .P.,. .L.O.W.E.R.Y................................. appearing in proper person, and the defendant having been heretofore convicted on ....D.e.c.e.m.b.e.r. .1.,. .1.9.7.0............................... of the offense charged in the indictment in the above entitled cause, to-wit:  Unlawful Possession of Treasury Check, in violation of T 18 USC 1708

and for his said offense the defendant having been heretofore on the .......8.t.h.... day of ...S.e.p.t.e.m.b.e.r........, A. D. .1.9.7.1..., sentenced by the Court to be committed to the custody of the Attorney General or his authorized representative for imprisonment

for the period

of Fifteen (15) months to Sixty (60) months

and the execution of said sentence having been suspended and said defendant placed on probation in charge of the Probation Officer of the Court; upon consideration of the Motion of the Probation Officer to revoke said probation, and the defendant having been now asked whether ....h.e...... has anything to say why said probation should not be revoked, and no sufficient cause to the contrary being shown by appearing to the Court, IT IS BY THE COURT

ORDERED AND ADJUDGED that the order of probation heretofore (entered) in this case be and is hereby set aside and altogether held for naught, ~~and said sentence heretofore imposed upon the defendant be and the same is hereby ordered into affect~~

IT IS FURTHER ADJUDGED that the defendant be committed for a period of from Four(4) Months to Twelve (12) Months.

IT IS FURTHER ORDERED that the Clerk deliver a certified copy of this Revocation of Probation to the United States Marshal or other qualified officer, and that the same shall serve as the commitment herein.

(Signed) ......*Richard A. Gill*.............................

United States District Judge