# Exhibit B

United States District Court for
THE DISTRICT OF COLUMBIA

United States America vs.

**DEFENDANT:** JOSEPH P. LOWERY

**DOCKET NO.:** CRIMINAL NO. 76-242

## JUDGMENT AND PROBATION/COMMITMENT ORDER    AO-245 (8/74)

In the presence of the attorney for the government the defendant appeared in person on this date → **July 6, 1976**

**COUNSEL**
[ ] WITHOUT COUNSEL — However the court advised defendant of right to counsel and asked whether defendant desired to have counsel appointed by the court and the defendant thereupon waived assistance of counsel.
[X] WITH COUNSEL — Peter Kolker, Esq. (Name of counsel)

**PLEA**
[X] GUILTY, and the court being satisfied that there is a factual basis for the plea.
[ ] NOLO CONTENDERE,
[ ] NOT GUILTY

There being a finding/verdict of
[ ] NOT GUILTY. Defendant is discharged
[ ] GUILTY.

FILED 7-6-76
JAMES F. DAVEY CLERK

**FINDING & JUDGMENT**
Defendant has been convicted as charged of the offense(s) of

UNLAWFUL DISTRIBUTION OF A CONTROLLED SUBSTANCE
(IN VIOLATION OF TITLE 21, USC, Section 841(a))
as charged in count 2,

The court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the court, the court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

**SENTENCE OR PROBATION ORDER**

NOT LESS THAN ONE (1) YEAR nor MORE THAN THREE (3) YEARS, pursuant to Title 18, USC, Section 4205(b)(1); Said sentence to run concurrently with any sentence now being served in this or any other jurisdiction.

**SPECIAL CONDITIONS OF PROBATION**

The remaining counts of the indictment are hereby dismissed.

**ADDITIONAL CONDITIONS OF PROBATION**

In addition to the special conditions of probation imposed above, it is hereby ordered that the general conditions of probation set out on the reverse side of this judgment be imposed. The Court may change the conditions of probation, reduce or extend the period of probation, and at any time during the probation period or within a maximum probation period of five years permitted by law may issue a warrant and revoke probation for a violation occurring during the probation period.

**COMMITMENT RECOMMENDATION**

The court orders commitment to the custody of the Attorney General and recommends XXXXXXXXX and recommends that the defendant receive treatment for Narcotics.

It is ordered that the Clerk deliver a certified copy of this judgment and commitment to the U.S. Marshal or other qualified officer

**SIGNED BY**
[X] U.S. District Judge
[ ] U.S. Magistrate

June L. Green    Date JULY 6, 1976

CERTIFIED AS A TRUE COPY ON
THIS DATE July 6, 1976
[signature] CLERK / DEPUTY