# Exhibit C

Case 1:05-cv-01373-ESH    Document 6-4    Filed 08/23/2005    Page 1 of 2




# Superior Court of the District of Columbia

## CRIMINAL DIVISION

16946

### JUDGMENT AND COMMITMENT ORDER

United States of America                    Case Number _____

vs                                          PDID Number _____

Joseph Crawford

WHEREAS the above-named defendant having entered a plea of

☐ Not Guilty            ☒ Guilty

to the charge(s) of "B" ASST W/I To Kill,
"D" ADW

and having been found guilty by

☐ Jury            ☒ the Court

and a pre-sentence investigation and report having been

☒ prepared and considered        ☐ not requested

IT IS HEREBY ADJUDGED that the defendant has been convicted of and is guilty of the offense(s) charged.

The defendant having been given an opportunity to make a statement in his own behalf, and the government having had the opportunity to reply thereto, it is hereby

ORDERED that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

Count "B" NLT Fifteen yrs. To NMT (15) Fifteen yrs. Count "D" NLT (3) Three yrs. To NMT (9) Nine yrs. To run Consecutive To Count "B" and Consecutive To Any Sentence Now Serving. The Court Recommends Federal Institution where Deft is Presently serving Federal Sentence. _____

IT IS FURTHER ORDERED that the Clerk or his Deputy deliver a true copy of this order to the United States Marshal and that the copy shall serve as the commitment of the defendant.

_____         _____
Date                    Judge

═══════════════════════════════════════════

A TRUE COPY OF THIS ORDER DELIVERED TO THE U.S. MARSHAL OR HIS DEPUTY:

_____         _____
Date                    Deputy Clerk

J-9619-78