# Exhibit E

IDPS-270



# Board of Parole
# District of Columbia

## WARRANT

☐ FYCA*
☒ Adult
☐ Both FYCA & Adult

Warrant No. __PE 15662__

To: Any Federal Officer
Any Officer of the D.C. Metropolitan Police Department
Any Officer of the D.C. Department of Corrections
Any Police Officer

FBI No. __279 446 G__
PDID No. __206 241__
DCDC No. __169 146__

WHEREAS __Lowery, Joseph XX__ is under sentence in the District of Columbia for the crime of __Unlawful Poss of Treas. Check, Unlawful Dist. Cont. Sub., Asslt/W/I/T/Kill(2X) ADW(D).__

and was on the __16__ day of __July__, 19 __85__ released on parole from the __C#1__

AND WHEREAS reliable allegations have been filed with the D.C. Board of Parole that said paroled prisoner has violated the conditions of parole and is therefore deemed to be a fugitive from justice.

YOU ARE HEREWITH COMMANDED TO TAKE THE SAID PRISONER, WHEREVER FOUND IN THE UNITED STATES AND RETURN SAID PRISONER TO THE CUSTODY OF THE DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS.

WITNESS my hand and the seal of this Board this __20__ day of __October__, 19 __86__.

_____
Member, D.C. Board of Parole

*For Federal Youth Corrections Act cases only:

This warrant expires at 12:01 a.m., _____ 19 _____, and the person named must not be held beyond that time.

E