# Exhibit F

Government of the District of Columbia
DEPARTMENT OF CORRECTIONS
Warrant Squad
1923 Vermont Avenue, N. W., Suite N-121
Washington, D. C. 20001

February 17, 1987

MEMORANDUM

TO : Board of Parole
District of Columbia

THROUGH : James K. Slade
Chief, Investigations Unit

SUBJECT : LOWERY, Joseph - Parole Violator
DCDC# 169-146

    On February 16, 1987, during a routine check of persons being held in the US Marshal's Cell Block, Superior Court of the District of Columbia, it was determined that Joseph Lowery, DC# 169-146, a parole violator, was being held after being arrested by the Metropolitan Police Department. The warrant for Lowery was executed in the cell block after he was furnished a copy of the reasons for the warrant. Lowery was to be recommitted to the DC Detention Facility by the US Marshal's Service.

WILLIAM CHAPMAN
Criminal Investigator

F