# Exhibit G-1

PB-3
REV. 8-81
85 - 9P758

GOVERNMENT OF THE DISTRICT OF COLUMBIA
BOARD OF PAROLE
WASHINGTON, D.C. 20001

# Order



Name **Lowery, Joseph**

DCDC Number **169146**

Institution (or status and PO) **Mod.**

The case of the above named person has come to the attention of the Board of Parole with reference to:

- ☐ Early parole hearing
- ☐ Initial parole hearing
- ☐ Parole rehearing / IRH
- ☐ Preliminary revocation hearing
- ☒ Revocation hearing
- ☐ Warrant request
- ☐ Detainer review
- ☐ Personal appearance
- ☐ Work release violation
- ☐ Information

☐ Other: _____

**REMARKS:** _____

RECOMMENDATION OF ANALYST / EXAMINER  **In violation of parole conds. 6, 7n and 10. Revoke parole and rehear Nov. 16, 1987. Notify board of the disposition of pending charge.**

The Board of Parole has examined the relevant information in this case and hereby orders the following action:

*Revoke Parole (#6, 7 & 10) and rehear Nov. 16, 1987 and notify Board of the disposition of pending charge.*

Date **4-1-87**    District of Columbia Board of Parole: _____ Chairman

Reason for the above action (where applicable): _____

_____ (N / A date **4/9/87** by **Bachma**)

G-1