# Exhibit G-2

GOVERNMENT OF THE DISTRICT OF COLUMBIA
## BOARD OF PAROLE
ROOM 300
420 - SEVENTH STREET, N. W.
WASHINGTON, D. C. 20004



## ORDER OF REVOCATION

RE:  ~~Joseph Lowery~~

DCDC#  ~~169146~~

Having heard the case of the above-named and having ascertained through investigation and evidence satisfactory to the Board that the following conditions of Parole heretofore granted (or Mandatory Release imposed by Law) have been violated:

~~Number Six~~            ~~Failed to maintain legitimate employment.~~

~~Number Seven~~          ~~Fail to inform parole officer of employment.~~

~~Number Ten~~            ~~Failed to follow instructions.~~

And then after giving consideration to other available options for action but finding that such are not now indicated, the Board directs that the Parole/Mandatory Release heretofore granted be revoked.

SO ORDERED BY:

D. C. BOARD OF PAROLE

DATE: April 1, 1987

6-2