# Exhibit H



Office of the Administrator

Government of the District of Columbia
DEPARTMENT OF CORRECTIONS
Medium Security Facility
Box 99
Lorton, Virginia 22199

March 6, 1992

MEMORANDUM

TO       : Erias A. Hyman
           Chairman of the
           D.C. Board of Parole

FROM     : Thomas P. Gaydos  *[signed]* Michael P. Wall     WPU Apprehension
           Administrator                                    Rpt

SUBJECT  : Recision Hearing

RE       : LOWERY-BEY, Joseph
           DCDC 169146

Mr. Joseph Lowery-Bey, DCDC 169146, is a D.C. parole violator who owes six thousand, five hundred and thirty-five (6,535) days on twenty-seven (27) years for his conviction of Assault with a Dangerous Weapon, Attempt to Kill, and Distribution of Preludin. He last appeared before the D.C. Board of Parole in April, 1987, and was denied parole as a result of a pending case at the time. After that case was dismissed, he received a parole order dated March 21, 1988 granting reparole through work release effective on or after July 17, 1988.

Mr. Lowery-Bey was subsequently transferred to Shaw 3 Community Correctional Center to await his parole certificate; however, before that certificate was received, he went on escape from May 7, 1988 through May 9, 1991, for a total of one thousand, and ninety-seven (1,097) days.

On June 3, 1991, Mr. Lowery-Bey was transferred from the Modular Facility to the Medium Security Facility. When he arrived here, he had an open case for Possession of Heroin. Mr. Lowery-Bey was found guilty of his pending case on November 5, 1991, and sentenced to one hundred and fifty (150) days with work release ordered.

IDPS-203

H

-2-

When classified he was instructed to obtain an all day work assignment. He has since worked in the Receiving and Discharge Unit on all three (3) shifts processing residents in and out of the facility, and also managing supplies, coached the institutional football team, the trainer on our boxing team, and is the Assistant Minister of his religious affiliation. Not only has Mr. Lowery-Bey's contributions to our facility been continuously excellent and appreciated, but also there is no record of any management problem with neither any disciplinary reports, positive urinalysis, or resident reports.

Upon his eventual release to the community, Mr. Lowery-Bey indicates he will be employed at United Handicappers, 4810 Beawreguard St., Alexandria, Virginia, telephone number is (703) 941-8255. He will reside with his wife, Ms. Gwendolyn Lowery-Bey at 4505 B. Street, S.E., Washington, D.C., telephone number is (202) 581-0974.

It is recommended that Mr. Joseph Lowery-Bey be granted parole to his consecutive sentence at his recision hearing to be scheduled as soon as possible.