# Exhibit I

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**

United States of America
District of Columbia

Case No. _F-53__-91_
PDID No. _206___
MED 225

vs.

_Joseph P. Lowery_

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty, ☐ Guilty to the Charge(s) of _____
_(D) ~ POSSESSION OF HEROIN_

and having been found guilty by ☐ Jury ☐ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _COUNT (D)_ _ONE-HUNDRED FIFTY (150) DAYS WITH WORK RELEASE ORDERED AND DEFENDANT GIVEN CREDIT FOR TIME PREVIOUSLY DETAINED._    _2-13-2002_

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☑ MANDATORY MINIMUM term does not apply.
☑ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

  ☐ Observe the general conditions of probation listed on the back of this order.
  ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
  ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:

  ☐ Restitution of $_____ in monthly installments of $_EGT Physical Ed_ beginning _11-1-91_ _9 days_
  _____ (see reverse side for payment instructions). The Court will distribute monies to _____
  ☐ _____

Costs in the aggregate amount of $ _10.__ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☑ have not been paid. _OUT OF JAIL PAY_
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized officials and that the copy shall serve as the commitment/order for the defendant.

_11-5-91_
Date

Certification by Clerk pursuant to Criminal Rule 32(d).

_11-5-91_
Date