# Exhibit J-2

 

```
DCDC:   169146          Name:      LOWERY, JOSEPH
Date:   9/2/94          Facility:  Medium Security
Purpose: _ MINSF _ WT _ IWR  X Parole/WR _ Parole _ Rehear _ Interim WR _ ICCA _ IRH
Offense(s):   D.C. PAROLE VIOLATOR (UNLAWFUL POSSESSION OF TREASURER CHECK/ASSAULT WITH
              INTENT TO KILL/ASSAULT WITH A DEADLY WEAPON), POSSESSION HEROIN, ATTEMPTED
              PRISON BREACH
Total Sentence:  OWES 6535 DAYS ON 27 YEARS 150 DAYS, 6 MONTHS

EPA PED: _____  REHEAR: _____  STAT PED: 2/5/92   STD: 10/25/02   FTD: 1/28/09

Report Submission:  [X] In Compliance  [ ] Not in Compliance   If NO, reason: _____
```

## STATUS

X Adult    _ Youth    X Felon    _ Misdemeanant

## FLAGS

```
N/A Pending Charges   Specify:
N/A Detainers         Specify:  CCC #4 3/4/93 THROUGH 5/19/93 - 77 DAYS
 X  Escape(s)         Specify:  SHAW #3 5/7/88 THROUGH 5/8/91 - 1097 DAYS
N/A Separations
```

| | Name | DCDC | Location |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

```
N/A Special Housing  [ ] Special Handling  [ ] Protective Custody  [ ] Admin Segregation
N/A Medical          Specify:
N/A Mental Health    Specify:
 X  See Attached Program Plan Activity
 X  See Attached Institutional Conduct
```

ATTACHMENTS (Check all that apply)
```
[ ] Picture                                    [X] Custody Reclassification Review
[X] Face Sheet No. 1                           [X] Parole Board Salient Factor
[X] Sentence Computation/Face Sheet No. 2      [X] PSI or Pretrial Services Report
[X] Judgment(s) and Commitment(s)              [ ] Diagnostic Evaluation
[X] Progress Report (Pages 1 and 2)            [X] Other (Specify):
[X] Institutional Conduct Summary                  T.B. CLEARANCE
[ ] ICCA Waiver                                    WALES CHECK
[ ] IPPCA (Attach necessary forms)
```

```
DANIEL E. MORGAN                            9-6-94 / 9/2/94
Case Manager                                Date

G. H. GADIKIAN                              9/2/94
Unit Manager                                Date
```

**PROGRESS REPORT COVER SHEET**

J-2

 

DCDC: 169146          Name: LOWERY, JOSEPH
Date: 9/2/94          Facility: Medium

**SUMMARY OF INSTITUTIONAL HISTORY/PROGRAM PARTICIPATION PRIOR TO TRANSFER TO CURRENT FACILITY**

List dates and facilities where previously housed during this period of incarceration:

| | Facility | Date Entered | Date Discharged |
|---|---|---|---|
| 1. | MEDIUM SECURITY FACILITY | 1/11/94 | PRESENT |
| 2. | OCCOQUAN FACILITY | 7/1/93 | 1/11/94 |
| 3. | CDF | 6/30/93 | 7/1/93 |
| 4. | OCCOQUAN | 6/16/93 | 6/30/93 |
| 5. | CDF | 5/20/93 | 6/16/93 |
| 6. | ESCAPE | 3/2/93 | 5/20/93 |
| 7. | CCC #4 | 2/19/93 | 3/2/93 |

**MEDICAL RESTRICTIONS**        X NO   _ YES
    If YES, specify program: _____
    Comments: _____

**PSYCHOLOGICAL**   Recommended?   X NO  _ YES   Completed?  _ NO  _ YES
    List program:   REVIEWED BUT NOT RECOMMENDED
    Comments: _____

**SUBSTANCE ABUSE**  Recommended?  _ NO  X YES   Completed?  X NO  _ YES
    List program:   NARCOTICS ANONYMOUS    SUBSTANCE ABUSE AWARENESS PROGRAM
    Comments:       STILL ATTENDING        COMPLETED SAAP 10/29/93 AT OCCOQUAN

**VOCATIONAL**     Recommended?   X NO  _ YES   Completed?  _ NO  _ YES
    List program: _____
    Comments: _____

**EDUCATIONAL**    Recommended?   X NO  _ YES   Completed?  _ NO  _ YES
    List program: _____
    Comments: _____

**SOCIAL/PERSONAL SKILLS COUNSELING**
              Recommended?   _ NO  X YES   Completed?  X NO  _ YES
    List program:   C&P COUNSELING
    Comments:       CONTINUE PARTICIPATION

**WORK ASSIGNMENT(S)**          _ NO  X YES
    List:      INSTITUTIONAL WORK ASSIGNMENT
    Comments:  WORKS R&D DETAIL

**PRERELEASE PROGRAMS**          X NO  _ YES
    List: _____
    Comments: _____

**REFER TO ATTACHED PROGRAM PLAN ACTIVITY FOR CURRENT INSTITUTIONAL PARTICIPATION**

                    P R O G R E S S   R E P O R T  -  P A G E  1

  

DCDC: 169146                Name: LOWERY, JOSEPH

Date: 9/2/94                Facility: Medium

**RECOMMENDATIONS FOR CONTINUED PROGRAMMING NEEDS**

**MEDICAL**                                    X NO  _ YES
  If YES, specify program type: _____
  Comments: _____

**PSYCHOLOGICAL**   Recommended?              X NO  _ YES
  List program:    REVIEWED BUT NOT RECOMMENDED
  Comments: _____

**SUBSTANCE ABUSE**  Recommended?             _ NO  X YES
  List program:    NARCOTICS ANONYMOUS
  Comments:        CONTINUE PARTICIPATION

**VOCATIONAL/**      Recommended?             _ NO  X YES
**WORK ASSIGNMENT**
  List program:    INSTITUTIONAL WORK ASSIGNMENT (R&D DETAIL)
  Comments:        CONTINUE PARTICIPATION

**EDUCATIONAL**      Recommended?             X NO  _ YES
  List program: _____
  Comments: _____

**SOCIAL/PERSONAL SKILLS COUNSELING**
                     Recommended?             _ NO  X YES
  List program:    C&P COUNSELING
  Comments:        CONTINUE PARTICIPATION

**PRERELEASE**                                X NO  _ YES
  List: _____
  Comments: _____

**OTHER SPECIAL CONDITIONS**
The following special conditions are recommended: _____
  NARCOTICS ANONYMOUS, NARCOTICS SURVEILLANCE

**VICTIMS OF VIOLENT CRIME COMPENSATION ACT OBLIGATION**

  VVCC Assessment?  X NO  _ YES  $ -0-    VVCC Paid?  _ NO  _ YES   Owed: $ -0-

**EMPLOYMENT**
_ NO   X YES     COMPANY:   DISADVANTAGE WORKERS OF AMERICA
                 ADDRESS:   4810 BEAUREGARD ST., ALEXANDRIA, VA
                 PHONE:     UNKNOWN            SUPERVISOR: UNKNOWN
                 POSITION:  SUPERVISOR         PAY RATE: $5.75/HR   VERIFIED? _ YES  X NO

**RESIDENCE UPON RELEASE**
_ NO   X YES     RESIDE WITH:  COSTINA LOWERY              Relationship: WIFE
                 ADDRESS:      526 56TH ST., N.E., WASHINGTON, D.C.
                 PHONE:        NONE                        VERIFIED? X NO  _ YES

       Completed by:  DANIEL E. MORGAN                                  9/2/94
                      Case Manager                                      Date

**PROGRESS  REPORT  -  PAGE  2**