# Exhibit L

# WARRANT
## D.C. Code Offender

**U.S. Department of Justice**
**United States Parole Commission**

To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:

WHEREAS, Lowery-Bey, Joseph, Reg. No. 21116-145, (DCDC No. 169-146), PDID No. 206-241 was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 9 years to 27 years & 85 days less 28 days for the crime of Assault With Intent to Kill, Assault With a Deadly Weapon, Unlawful Distribution of a Controlled Substance, Unlawful Possession of a Treasury Check and was on 1-16-1996 released on parole from D.C. Department of Corrections with 4761 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205 and 24-1231 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on June 7, 2001.

_____
U.S. Parole Commissioner

L