# Exhibit M

# FYI    FYI    FYI

SEPTEMBER 4, 2001

TO: U.S. PAROLE COMMISSION
CHEVY CHASE, MD 20815

FM: U.S. MARSHALS SERVICE
WASHINGTON, D.C. 20001

REF: RELEASED TO DETAINER

SUBJ: LOWERY-BEY, JOSEPH
REG#: 21116-145
DCDC: 169146
PDID: 206241

THE ABOVE SUBJECT WAS RELEASED TO A U.S. MARSHALS SERVICE DETAINER ON 09-04-01 AND IS CURRENTLY AT D.C. JAIL PENDING YOUR DISPOSITION.