# Exhibit N

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

Notice of Action

Name: LOWERY-BEY, Joseph                    Institution: Central Treatment Facility

Register Number: 21116-145                   DCDC No.: 169-146

In the case of the above named the following parole action was ordered:

### DC Local Revocation:

Revoke parole. None of the time spent on parole shall be credited. Parole effective after the service of 10 months (06-17-2002). You shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency, which may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

### FINDINGS OF FACT:

The Commission finds as a fact that you committed the following violations:

Charge No. 3 (amended): Law Violation - Possession of Heroin (Simple Possession).

Basis: Testimony of Investigator Leon Cureton provided at revocation hearing on 11-06-2001

The Commission makes no findings concerning the following charges:

Charge No. 1 - Violation of Special Condition (DAPS).

Basis: Insufficient evidence to support this charge.

Charge No. 2 - Failure to Report to Supervision Officer as Directed.

Basis: Insufficient evidence to support this charge.

Charge No. 3 - Law Violation: Possession with Intent to Distribute Heroin.

Basis: Insufficient evidence to support this charge.

Date: December 10, 2001                                                    Clerk: adc

USM-District of Columbia - District Court    Page 1 of 3                    LOWERY.211



REASONS:

Your parole violation behavior has been rated as Category One severity because it involved, specifically: Simple Possession. Your new salient factor score is 5. As of your hearing date of 11/06/2001, you have been in custody for 3 months. Guidelines established by the Commission indicate a customary range of 8-12 months to be served before release. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not found warranted.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your Supervision Officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

See the attached sheet for an explanation of the Salient Factor Score and your item individual points.

cc:

U.S. Marshal
District of Columbia - District Court
333 Constitution Avenue, N.W.
Room 7337
Washington, D.C. 20001
Attn: Warrant Squad

CSS Management Group
Attn: Sharon Barnes-Durbin, SOSA
300 Indiana Avenue, NW
Second Floor, Suite 2149
Washington, DC 20001

Erin Murphy
Attorney at Law
Public Defender Service
633 Indiana Avenue, NW

Date: December 10, 2001                                                    Clerk: adc

USM-District of Columbia - District Court    Page 2 of 3                   LOWERY.211

| Your Pts | SFS-98 Item Explanations |
|---|---|
| 0 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 0 | B - Prior commitments of more than 30 days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 3 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 1 | D - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 1 | F - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) =1; Otherwise = 0 |
| 5 | Total Salient Factor Score (SFS-98) (sum of points for A - F above) |

| Points For SFS-98 Item C |||||
|---|---|---|---|---|
| Age | Prior Commitments |||| 
| | 0 | 1 | 2 | 3+ |
| 26 & Up | 3 | 2 | | |
| 22-25 | 2 | 1 | | 0 |
| 20-21 | 1 | | 0 | 0 |
| 19- | 0 | 0 | | |