# Exhibit P-2

**U.S. DEPARTMENT OF JUSTICE**  
**UNITED STATES PAROLE COMMISSION**

WARRANT APPLICATION  
D.C. Code Offender

| | |
|---|---|
| Name .......................... Lowery-bey, Joseph | |

Reg. No .......................... 21116-145  
DCDC No....................... 169-146  
FBI No........................... 279446G  
Birth Date..................... 04/11/49  
Race.............................. B  
Date .............................. August 30, 2002

Termination of Supervision.......... 09/16/14  
[If Conviction Offense Before April 11, 1987 And Offender Is On Mandatory Release, Termination Date Is 180 Days Prior To Full Term]  
Violation Date............................. 06/18/02  
Released...................................... 06/17/02

Sentence Length ........... 27 years  
Original Offense............. Assault with Intent to Kill, Unlawful Possession of a Treasury Check & Assault with a Deadly Weapon

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

**CHARGES:**  
**Charge No. 1 - Use of Dangerous and Habit Forming Drugs.** On the following dates, the subject submitted urine specimens, which tested positive for the drugs specified:  
Alcohol on 06/18/02 & 06/20/02  
This charge is based on the information contained in the violation report dated 08/21/02 from Community Supervision Officer Rodney Taylor and the corresponding laboratory report dated 08/21/02  
I ADMIT [ ] or DENY [ ] this charge.

---

Lowery-bey, Joseph  
Reg. No. 21116-145   DCDC No. 169-146

P2

**Charge No. 2 - Failure to Submit to Drug Testing.** On the following dates, the subject failed to submit a urine specimen as instructed and as required by Condition No. 14 of his release: 06/24/02, 06/27/02, 07/01/02, 07/11/02 & 07/15/02. This charge is based on the information contained in the violation report dated 08/21/02 from Community Supervision Officer Rodney Taylor.
**I ADMIT [ ] or DENY [ ] this charge.**

**Charge No. 3 - Failure to Report to Community Supervision Officer as Directed.** On the following dates, 07/16/02, 08/14/02 08/19/02, the subject failed to report to his Community Supervision Officer as directed. This charge is based on the information contained in the violation report dated 08/21/02 from Community Supervision Officer Rodney Taylor.
**I ADMIT [ ] or DENY [ ] this charge.**

**Probable Cause Hearing Is Required**           **Warrant Recommended By:**

Warrant Issued.................. **August 30, 2002**           Steve Gagliardi, Case Analyst
                                                               U.S. Parole Commission

Community Supervision Office Requesting Warrant: **General Supervision Unit XI, 3850 South Capitol**

---

**Lowery-bey, Joseph**
Reg. No. 21116-145    DCDC No. 169-146