# Exhibit Q

## D.C. PROBABLE CAUSE HEARING DIGEST

Name..........................: Lowery-bey, Joseph           Hearing Date........: 9/17/02

Reg. No. ....................: 21116-145                     Examiner..............: C. Ryan

Type of Release ............: Parole                         CSO.....................: Rodney Taylor

Date Warrant Executed.: 9/12/02

**Attorney at Probable Cause Hearing:**

[ ✓ ] PDS    [ ] Other    [ ] None

Name  MR Wilkins

Address  633 Ind Av.

Phone _____

**Attorney Representing Subject at Revocation Hearing:**

[ ✓ ] PDS    [ ] Other    [ ] Unknown

Name _____

Address _____

Phone _____

**I. Items Advised** *(Check that the subject has been advised of the following two rights):*

[ ✓ ] Advised of Right to a Probable Cause Hearing  [ ✓ ] Advised of Right to Attorney

**II. Reason For Not Conducting Probable Cause Hearing**

*{If Probable Cause Hearing not conducted, indicate the reason}:*

[ ] Postponed to Next Docket *(If so, provide reason for postponement and omit rest of form.)*

    [ ] At Request of Attorney/Prisoner       [ ] Prisoner Unavailable

    [ ] Other Reason: _____

[ ] Combined Probable Cause/Revocation Scheduled *(If so, skip to VI, Revocation Hearing.)*

Lowery-bey, Joseph
Reg. No. 21116-145    DCDC No. 169-146

## III. Review of Charges:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs

[ ] ADMITS      [✓] DENIES

The Subject's Response:

No response

[✓] **Probable Cause Found.** After considering the violation report dated 08/21/02, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

[ ] **No Probable Cause Found**

Charge No. 2 - Failure to Submit to Drug Testing

[ ] ADMITS      [✓] DENIES

The Subject's Response:

No response

[✓] **Probable Cause Found.** After considering the violation report dated 08/21/02, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 2. Additional reasons for probable cause finding:

[ ] No Probable Cause Found

---

**Charge No. 3 - Failure to Report to Community Supervision Officer as Directed**

[ ] ADMITS        [✓] DENIES

The Subject's Response:

No response

[✓] **Probable Cause Found.** After considering the violation report dated 08/21/02, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 3. Additional reasons for probable cause finding:

[ ] No Probable Cause Found

---

## IV. Additional Charges:

## V. Outcome of Probable Cause Hearing:

[✗] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

[ ] **No Probable Cause Found** for any charge. **Discharge from Custody** immediately and
    [ ] **Reinstate** to Supervision or [ ] **Close Case** *(If expiration date has passed)*

[ ] **Probable Cause Found** on one or more charges. Recommend **Reinstate to Supervision** and
    [ ] **Summon** to revocation hearing or [ ] **Terminate** revocation proceedings

Reason for Release/Summons: _____

## VI. Adverse Witnesses Identified by the Commission:

Name: Rodney Taylor
Status: ✗ Approved    ____ Not Approved    ____ Pending Further Review

## VII. Adverse Witnesses Requested by Subject:

Name: _____ Prof Tech - _____
Address: _____
Phone No. _____
Status: [✗] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review
Reason for Denial: _____

Name: _____
Address: _____
Phone No. _____
Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review
Reason for Denial: _____

**Lowery-bey, Joseph**
Reg. No. 21116-145    DCDC No. 169-146

Name: _____

Address: _____

Phone No. _____

Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review

Reason for Denial: _____

_____

## VIII. Adverse Witnesses Identified by Examiner But Not Requested by Subject:

Name: _____

Address: _____

Phone No. _____

Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review

Reason for Denial: _____

_____

Name: _____

Address: _____

Phone No. _____

Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review

Reason for Denial: _____

_____


## IX. Revocation Hearing:

[ ✓ ] Local Revocation or     [ ] Combined Probable Cause/Local Revocation on:

Location: [ ✓ ] CTF  [ ] DC Jail  Date:_____ Time: [ ] am  [ ] pm

[ ] Other at _____

_____

[ ] Recommend institutional revocation hearing upon transfer to a federal institution.

Note: A continuance must be requested in writing. You may submit your requests via e-mail. E-Mail Address: continue.hearing@usdoj.gov

_____
*Additional Text:*


_____                _____9-17-02_____
Examiner                                         Date

**Disclosure Documents:** Pre-Sentence Report, Warrant dated 08/30/01, Warrant Application dated 08/30/01, Parole Certificate dated 06/14/02, Report of Alleged Violations dated 08/21/02 with attachments


I acknowledge having received the above disclosure documents and a copy of this document.


_____                _____9-17-02_____
Attorney/Prisoner                                Date


Lowery-bey, Joseph
Reg. No. 21116-145   DCDC No. 169-146