# Exhibit T-1

# WARRANT
## D.C. Code Offender

U.S. Department of Justice
United States Parole Commission

---

To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:

WHEREAS, Lowery-bey, Joseph, Reg. No. 21116-145, DCDC No. 169-146, was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 27 Years 2 Months 24 Days (Original); 4209 Days (PV Term) for the crime of Assault With Intent to Kill, Assault With a Dangerous Weapon, Possession of Heroin, Attempted Prison Breach and was on 9-11-2003 released on parole from D.C. CCM with 3844 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on April 20, 2005

*[signature]*
U.S. Parole Commissioner

---

Lowery-bey, Joseph
Reg. No. 21116-145    DCDC No. 169-146

T-1