# Exhibit U

## D.C. PROBABLE CAUSE HEARING DIGEST

Name.............................: **Lowery-bey, Joseph**         Date Warrant Executed.: **5-4-05**

Reg. No..........................: **21116-145**                  Hearing Date..........: **5-6-05**

Type of Release ............ :**Parole**                          Examiner..............: _Otis Thomas_

Full Term Date When Warrant Issued: **3-21-2014**                 Supervision Officer: **Mazen Eraifeg**

**Attorney at Probable Cause Hearing:**

[X] PDS    [ ] Other    [ ] None

Name _Ritter_

Address _633 Indiana Ave NW_
_WDC 2000X_

Phone _202-628-1200_

**Attorney Representing Subject at Revocation Hearing:**

[X] PDS    [ ] Other    [ ] Unknown

Name _Same_

Address _____

Phone _____

---

**I. Items Advised** *(Check that the subject has been advised of the following two rights):*

[X] Advised of Right to a Probable Cause Hearing   [X] Advised of Right to Attorney

**II. Reason For Not Conducting Probable Cause Hearing**
*(If Probable Cause Hearing not conducted, indicate the reason):*

[ ] Postponed to Next Docket *(If so, provide reason for postponement and omit rest of form.)*

    [ ] At Request of Attorney/Prisoner         [ ] Prisoner Unavailable

    [ ] Other Reason: _____

[ ] Combined Probable Cause/Revocation Scheduled *(If so, skip to VI, Revocation Hearing.)*

---

## III. Review of Charges:

**Charge No. 1 - Failure to Submit to Drug Testing**

[ ] ADMITS  [X] DENIES

The Subject's Response: _no comment_

[X] **Probable Cause Found.** After considering the violation report dated 2-23-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 1. Additional reasons for probable cause finding:

[ ] **No Probable Cause Found**

---

**Charge No. 2 - Use of Dangerous and Habit Forming Drugs**

[ ] ADMITS  [X] DENIES

The Subject's Response: _no comment Question Chain of Custody_

[X] **Probable Cause Found.** After considering the violation report dated 2-23-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 2. Additional reasons for probable cause finding:

Lowery-bey, Joseph
Reg. No. 21116-145   DCDC No. 169-146

[ ] No Probable Cause Found

Charge No. 3 - Violation of Special Condition (Drug Aftercare).

[ ] ADMITS        [X] DENIES

The Subject's Response: *No Comment*

[X] **Probable Cause Found**. After considering the violation report dated 2-23-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 3. Additional reasons for probable cause finding:

[ ] No Probable Cause Found

Charge No. 4 - Failure to Report to Supervising Officer as Directed

[ ] ADMITS        [X] DENIES

The Subject's Response: *No Comment*

*He was in Veterans Hospital. He*

Lowery-bey, Joseph
Reg. No. 21116-145    DCDC No. 169-146

*Was SARP Substance abuse Program. Medical issues. His wife is in the Hospital. He is dealing with Prostate Cancer*

[X] **Probable Cause Found.** After considering the violation report dated 2-23-05, and the subject's response to the charge at this hearing, the evidence supporting the charge is sufficiently specific and credible for the existence of probable cause for Charge No. 4. Additional reasons for probable cause finding:

_____

_____

_____

[ ] **No Probable Cause Found**

## IV. Additional Charges:

_____

_____

_____

## V. Outcome of Probable Cause Hearing:

[X] **Probable Cause Found** on one or more charges, **Hold in Custody** pending revocation hearing.

[ ] **No Probable Cause Found** for any charge. **Discharge from Custody** immediately and

    [ ] **Reinstate** to Supervision or  [ ] **Close Case** *(If expiration date has passed)*

[ ] **Probable Cause Found** on one or more charges. Recommend **Reinstate to Supervision** and

    [ ] **Summon** to revocation hearing or  [ ] **Terminate** revocation proceedings

Reason for Release/Summons:_____

_____

_____

## VI. Principal Adverse Witnesses Identified by the Commission:

Note to Subject: This is the time to request the attendance of an adverse witness (including an adverse witness identified by the Commission or an examiner on this form). Your failure to make a request for the attendance of any adverse witness is a waiver of your opportunity to confront and cross-examine that witness at a revocation hearing.

Supervision Officer
Name: Mazen Eraifeg
Status: _X_ Approved        ____ Not Approved        ____ Pending Further Review

## VII. Adverse Witnesses Requested by Subject:

Name: Same

Address: _____

Phone No. _____

Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review

Reason for Denial: _____

Name: _____

Address: _____

Phone No. _____

Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review

Reason for Denial: _____

Name: _____

Address: _____

Phone No. _____

Status: [ ] Denied at PC Hearing   [ ] Approved at PC Hearing   [ ] Pending Further Review

Reason for Denial: _____

Lowery-bey, Joseph
Reg. No. 21116-145    DCDC No. 169-146

## IX. Revocation Hearing:

[X] Local Revocation or      [ ] Combined Probable Cause/Local Revocation on:

Location: [ ] CTF  [ ] DC Jail   Date: 7/7/05    Time: [ ] am [X] pm

[ ] Other at _____

[ ] Recommend institutional revocation hearing upon transfer to a federal institution.

Note: **A continuance must be requested in writing. You may submit your requests via e-mail. E-Mail Address: continue.hearing@usdoj.gov**

May Qualify for an Expedited Offer:   [ ] No   [X] Yes   (If yes, please have releasee sign below)

If the Commission approves a proposal of expedited revocation, I waive the 20-day waiting period for the submission of comments.    [ ] No   [X] Yes

_____    5-6-05
*Attorney/Prisoner*                              *Date*

*Additional Text:*

_____    5/6/05
*Examiner*                                  *Date*

**Disclosure Documents:** Warrant dated 4-20-05, Warrant Application dated 4-20-05, Violation Report dated 2-23-05 with attachments, Parole Certificate dated 9-10-03, Pre-Sentence Report

I acknowledge having received the above disclosure documents and a copy of this document.

_____    5-6-05
*Attorney/Prisoner*                              *Date*

**Lowery-bey, Joseph**
Reg. No. 21116-145    DCDC No. 169-146