# Exhibit W

| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | Notice of Action |

| | |
|---|---|
| Name: LOWERY-BEY, Joseph | Institution: D.C.-Correctional Treatment Facility |
| Register Number: 21116-145 | |
| DCDC No: 169-146 | Date:    July 21, 2005 |

## DC EXPEDITED REVOCATION

The Commission has ordered the following action pursuant to your acceptance of the Expedited Revocation Proposal you signed on 7/2/2005.

Revoke Parole; None of the time spent on Parole shall be credited. Continue to Presumptive Parole on 7/2/2006 after the service of 14 months.

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions which requires that you participate as instructed by your Supervising Officer in a program (inpatient or outpatient) for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

### FINDINGS OF FACT:

The Commission has found that you violated the following condition(s) of release.

Charge No. 1 - Failure to Submit to Drug Testing

Charge No. 2 - Use of Dangerous and Habit Forming Drugs

Charge No. 3 - Violation of Special Condition (Drug Aftercare)

Charge No. 4 - Failure to Report to Supervising Officer as Directed.

Basis for the above stated finding(s): Your admission.

### REASONS:

Your violation behavior has been rated Category One severity because it involved Administrative offenses. Your salient factor score is 2 (see attached sheet). You have been in DC confinement as a result of your behavior for a total of 2 month(s) as of 7/3/2005. Guidelines established by Commission indicate a range of 12 - 16 months to be served. After review of all relevant factors and information presented, a decision outside the guidelines at this consideration is not warranted

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

## SALIENT FACTOR SCORE (SFS-98)

Name: LOWERY-BEY, JOSEPH          Reg No: 21116-145          DCDC No: 169-146

**Items**      **Rules, Scores and Explanations**

**A**   **Rule:**   Prior convictions/adjudications (adult or juvenile)
                    None = 3; One = 2; Two or three = 1; Four or more = 0

       **Score:**   SFS Item A = 0

       **Explanation:** Subject has 6 prior convictions/adjudication

| Date | Offense | Disposition |
|---|---|---|
| 11/04/1965 | Assault with Dangerous Weapon and Carrying a Dangerous Weapon | Probation. (1-0) |
| 04/01/1970 | Unlawful Possession of a Treasury Check | 5 years probation, revoked 4/12/76, sentenced to 4-12 months. (2-1) |
| 10/10/1975 | Unlawful Distribution of a Controlled Substance | 4-12 years concurrent with 4-12 months for revocation above. (3-1) |
| 03/12/1976 | Assault with Intent to Kill and Assault with a Dangerous Weapon | 5-15 years for Assault With Intent to Kill and 3-9 years for Assault with a Dangerous Weapon. (4-1) |
| 05/07/1988 | Attempted Prison Breach | 6 months consecutive, also parole revoked 4/1/87. (5-2) |
| 11/05/1991 | Possession of Heroin | 150 days with work release ordered, (6-3), parole revoked 12/10/01, release on 6/17/02 (6-4). Parole revoked on 11/6/02, released on 9/11/2003. (6-5) |

**B**   **Rule:**   Prior commitments of more than thirty days (adult or juvenile)
                    None = 2; One or two = 1; Three or more = 0

       **Score:**   SFS Item B = 0

       **Explanation:** Subject has 5 commitments of more than 30 days that were imposed prior to the last overt act of the current offense.

C    **Rule:**  Age at current offense/prior commitments

| | |
|---|---|
| 26 years or more | +3 or less prior commitments = 3 |
| | +4 prior commitments = 2 |
| | +5 or more commitments = 1 |
| 22-25 years | +3 or less prior commitments = 2 |
| | +4 prior commitments = 1 |
| | +5 or more commitments = 0 |
| 20-21 years | +3 or less prior commitments = 1 |
| | +4 prior commitments = 0 |
| 19 years or less | any number prior commitments = 0 |

**Score:** SFS Item C = 1

**Explanation:** Subject was 54 years old at the commencement of the current offense and had 5 prior commitments.

D    **Rule:** Recent Commitment Free Period (Three Years)
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

**Score:** SFS Item D = 0

**Explanation:** 02/25/2004 Date of Current Offense. 09/11/2003 Release to the Community from last commitment.

E    **Rule:** Probation/Parole/Supervised Release/Confinement/Escape Status Violator
Neither on probation, parole, confinement, or escape status at the time of the current offense, nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

**Score:** SFS Item E = 0

**Explanation:** Subject is a parole status violator.

F    **Rule:** Older Offenders
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

**Score:** SFS Item F = 1

**Explanation:** Sum of Items A-E = 1 and the offender was 54 years old at the commencement of the current offense.

2 =    **TOTAL SALIENT FACTOR SCORE**



Cc:	CSS Data Management Group
	D.C. Court Services & Offender Supervision Agency
	300 Indiana Avenue, N.W., Suite 2149
	Washington, D.C. 20001

	D.C.-Federal Billing Unit
	D.C. Department of Corrections
	Washington, D.C. 20003

	Deborah Ritter
	Public Defender Service
	District of Columbia
	Special Proceedings Division
	633 Indiana Avenue, N.W.
	Washington, D.C. 20004

	U.S. Marshals Service
	District of Columbia - District Court
	333 Constitution Ave. N.W., Room 1400
	Washington, D.C. 20001
	Warrants, Attn: Sean McLeod