UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH LOWERY BEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-1373 (ESH) |
| | ) |
| WARDEN, D.C. DEPARTMENT OF CORRECTIONS, *et.al.*, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

<u>DISTRICT OF COLUMBIA'S RESPONSE TO ORDER TO SHOW CAUSE</u>

Petitioner Joseph Lowery Bey filed a <u>pro se</u> petition for writ of habeas corpus, challenging his detention at the District of Columbia Jail. The petition names as respondents the "Warden, D.C. Department of Corrections" and the U.S. Parole Commission. As directed by this Court, the District of Columbia, through counsel, respectfully files this response to the Court's Order to show cause why the writ of habeas corpus should not issue.

1. Petitioner is being held at the D.C. Jail based on a parole violator warrant issued by the U.S. Parole Commission. (Petition Exh. B). Plaintiff complains of the loss of "street time" credit following a prior revocation of parole.

2. The District of Columbia cannot respond to the merits of the petition because it has no authority over parole matters. Under the National Capital Revitalization and Self-Government Improvement Act of 1997, Pub. L. 105-33, D.C. Code § 24-101 -131 (2001), the U.S. Congress transferred responsibility for the imprisonment of D.C. felons from the District of Columbia to the Federal Bureau of Prisons, and also transferred the parole authority for such felons from the D.C. Board of Parole to the U.S. Parole Commission. <u>Crawford v. Jackson</u>, 323 F.3d 123, 125-126 (D.C. Cir. 2003). In accordance with that Act, the D.C. Board of Parole has

been disbanded, and the U.S. Parole Commission has assumed all its parole functions.  Thus, the District of Columbia has no ability or authority to respond to the merits of the habeas corpus petition, but will abide by any decision of the Court.

3.	Undersigned counsel has notified the Special Proceedings Division of the U.S. Attorney's Office regarding the petitioner's habeas petition, so that the merits of the petition may be addressed by the proper respondent.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Holly M. Johnson /s/
HOLLY M. JOHNSON [476331]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing response was mailed on this  24th  day of August, 2005, by first-class mail, postage prepaid, to:

Joseph Lowery Bey
DCDC #169-146
Central Detention Facility
1901 D Street, S.E.
Washington, DC 20003

                                              /s/ Carl J. Schifferle /s/
                                              CARL J. SCHIFFERLE
                                              Assistant Attorney General