UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH LOWERY BEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1373 (ESH) |
| ) | |
| WARDEN, D.C. DEPARTMENT OF ) | |
| CORRECTIONS, *et.al.,* ) | |
| ) | |
| Respondents. ) | |
| _____) | |

ORDER

Upon consideration of the District of Columbia's Response to the Court's Order to Show Cause, and for the reasons stated therein, it is by the Court this _____ day of _____, 2005,

ORDERED, that the Order to Show Cause is hereby DISCHARGED as against the District of Columbia.

_____
Ellen S. Huvelle
United States District Judge