UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH LOWERY BEY,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**U.S. PAROLE COMMISSION, et al.,** )<br>)<br>Respondents. ) | Civil Action No. 05-1373 (ESH) |

### FINAL JUDGMENT

In accordance with the Memorandum Opinion issued this 29th day of August, 2005, it is

**ORDERED** that the petition for writ of habeas corpus is **DENIED**. It is

**FURTHER ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

                                                                             s/
                                               ELLEN SEGAL HUVELLE
                                               United States District Judge