United States District Court

For The District Of Columbia

Let this
be hued
ESH
9/20

| | | |
|---|---|---|
| Joseph Lowery-Bey | ) | |
| | ) | |
| Petitioner | ) | Civil Action no. 05-1373 (ESH) |
| v | ) | |
| | ) | |
| Warden D.C. Department of | ) | |
| Corrections, et. al, | ) | |
| | ) | |
| Respondents | ) | |

This is Petitioner Joseph Lowery-Bey Response to Respondents, Response to Show Cause order.

## I. Custodial Care

Under 2241 Law it requires that Petitioner Joseph Lowery Bey name the Warden as Respondent because by law he is the "Custodial Keeper.

Has the Law changed regarding who is the legal Custodial Keeper. Relevant Case Law instructs me to name the Warden. I cannot find any Exception for the District of Columbia. See Rumsfeld vs Padilla US 124 S ct. 2711-159 L. Ed 2d 513 2004

II. At all time Relevant to this Complaint the D.C. Board of Parole was in Existence and Actions were taken by D.C. Board of Parole.

III. In 1999 Petitioner Joseph Lowery Bey was seen by the D.C. Board of Parole and was Represented by Hasting Jones Esq. Public Defender Service. June 1999
On August 5, 2000, The Parole Commission Responsibility for Parole revocation decisions formerly made by the Board. See D.C. Code § 24-131 (a)(1) - (2)

III. D.C. Board of Parole Re-instated Petitioner Joseph Lowery-Bey. Now, by who's Authority did they Re-instate Petitioner Joseph Lowery Bey. In 1999

IV. D.C. Department of Correction took five years of Street Time from Petitioner Although he was Reinstated without any order from D.C. Parole Board. June 30, 1999

V. D.C. Department of Correction began on it's own taking Street Time as soon as a Violator came in Again, without a order, from "D.C. Board of Parole".

VI. In conclusion

The District of Columbia can respond to the merits of this petition because it had authority over parole matter, 1999.

Also The National Capital Revitalization act of 1997 Publ. 105-33 D.C. Code § 24-101-131 (2001) didn't take effect until after 1999 Therefore The District of Columbia should be held accountable by the Courts

Respectfully, Submitted
Joseph Lowery Bey
Petitioner

United District Court
For The District of Columbia

Joseph Lowery Bey )
) Civil Action No. 05-1373 (ESH)
Petitioner )
)
v. )
Warden, D.C. Department of )
Corrections, Et al )
)
Respondent )

Order

Upon Consideration of the District of Columbia's
Response to the Court's Order to Show Cause,
and for the petitioner response to the respondent

It is by the Court Ordered, that the
Order, that the order Show Cause is hereby

Granted against the District of Columbia.


Ellen S. Huvelle

United States District Judge

Copies Sent to:

Robert J. Spagnoletti
Attorney General for the District of Columbia

George C. Valentino
Deputy Attorney General, Civil Litigation Division

Holly M. Johnson [476331]
Chief, General Litigation Section III

Carl J. Schifferle
Assistant Attorney General [463491]

441 Fourth St. NW, Suite 600S
Washington, DC 20001

US DISTRICT COURT
MIDDLE DISTRICT OF WASHINGTON DC US

SEP 2 0 2009

RECEIVED